IN RE RESIGNATION OF WESSELMAN.

[Cite as In re Resignation of Wesselman (1990), 56 Ohio St. 3d 601.]

(No. 90-1947—Submitted November 14, 1990—Decided November 21, 1990.)

The resignation of Edwin Adolph Wesselman as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.